IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:
**FELIPE DELGADILLO**
    DEBTOR                                CASE NO. 13-32769

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a),(b) AND 3017(a)**

You are hereby given notice that Eric Gould of O'Connor, Craig, Gould & Evans has been engaged by SYNERGY MARINE to serve as its attorney in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned attorneys as follows:

ERIC GOULD
O'CONNOR, CRAIG, GOULD & EVANS
5773 WOODWAY, #184
HOUSTON, TEXAS 77057

O'Connor, Craig, Gould & Evans further requests that the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the-above numbered bankruptcy case.

**O'CONNOR, CRAIG, GOULD & EVANS**

BY:  */s/Eric Gould*
ERIC GOULD TX 08234500 SD 4632
5773 Woodway, #184
Houston, Texas 77057
Tel: (713) 213-3781
Fax: (281) 596-4449
E-Mail: EGOAC99@GMAIL.COM
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, a true and correct copy of the Notice of Appearance and Request for Notice was served via electronic means as listed on the Court's ECF noticing system to counsel for the Debtor(s) and the Trustee and any other parties receiving notice via the ECF noticing system.

                                      */S/ ERIC GOULD*_____
                                      ERIC GOULD